UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DIOGENS MENDEZ,                                              Justice (Chin, J)
                              Plaintiff(s),        08 CV 01281

       - against -

MOHAMED M. DIALLO, LEVEL TRANS CORP.,          **Defendant(s)**
129 BROADWAY, INC., BILL WOLF PETROLEUM        **Disclosure of**
CORP., and HORIZON PLANNING SERVICES,          **Interested Parties**
LTD.,
                              Defendant(s).
------------------------------------------------------------------x

      I, **MARJORIE E. BORNES**, attorney for defendant(s) **LEVEL TRANS CORP.**, having filed an initial pleading in the above captioned matter, make the following disclosure to the Court pursuant to Rule 7.1 of the Local Rules for the Southern and Eastern Districts of New York:

      Pursuant to Local Rule 7.1 and upon information and belief, on behalf of Defendant **LEVEL TRANS CORP.**, I respectfully state that defendant is a domestic corporation of New York and has no corporate parents, subsidiaries or affiliates.

Dated: New York, N.Y.
       March 12, 2008                    Yours, etc.,


                                          _____
                                          **MARJORIE E. BORNES, ESQ. (MEB 6505)**
                                          Attorney for Defendant(s) *Level Trans Corp*
                                          330 West 34th Street-7th Floor
                                          New York, NY 10001
                                          (212) 857-8252

This disclosure must be completed by counsel for all defendants at the time of initial pleading and filed with the court.

Rule 7.1 - <u>Disclosure Statement</u>

A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DIOGENS MENDEZ,                                      Justice (Chin, J)
                            Plaintiff(s),            08 CV 01281

        - against -

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES,
LTD.,
                            Defendant(s).
------------------------------------------------------------------x

## CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF NEW YORK      )

      I hereby certify that on March 20, 2008 the foregoing document **RULE 7.1** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District=s Local Rules, and/or the Southern District=s Rules on Electronic Service, upon:

      In addition, on March 20, 2008, I served the same papers described above by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the U.S. Postal Service within the State of New York addressed to each attorney or party as follows:

**TO:**   SEE RIDER


_____
MARJORIE E. BORNES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 08 CV 01281

DIOGENS MENDEZ,

                        Plaintiff(s),

      - against -

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES,
LTD.,

                        Defendant(s).

## RULE 7.1

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Level Trans Corp*
330 West 34th Street - 7th Floor
New York, NY 10001
(212) 857-8252

*TO:*
*Attorney for*_____
*Service of a copy of the within*             *is hereby admitted.*

*Dated*             _____             *Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a     duly entered in the office of the Clerk of the within Court on     , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for  settlement to the Hon.
, one of the Judges of the within named Court, at     on     at     A.M.
Dated

                                       **MARJORIE E. BORNES, ESQ.**
                                       *Attorney for Defendant(s)*
                                       *Level Trans Corp*
                                       330 West 34th Street - 7th Floor
                                       New York, NY 10001
                                       212-857-8252

TO:
Attorney for

**RIDER**

**By Electronic Filing:**

TO:  **BARON & PAGLIUGHI, ESQS.**
Peter D. Baron (PDB 8519)
Attorneys for Plaintiff
85 Main Street – Suite A
Cold Spring Harbor, NY 11724
(631) 367-7000

**By Regular Mail:**

**MOHAMED M. DIALLO**
2937 8th Avenue
New York, NY 10039

**129 BROADWAY, INC.**
3225 Broadway
New York, NY 10027

**HORIZON PLANNING SERVICES LTD.**
550 Old Country Road, Suite 410
Hicksville, NY 11801

**BILL WOLF PETROLEUM CORP.**
3225 Broadway
New York, NY 10027