UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
DIOGENS MENDEZ,

                     Plaintiff(s),

      - against -

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES,
LTD.,

                     Defendant(s).
----------------------------------------------------------------x

Justice (Chin, J)
08 CV 01281

**Notice to take Deposition upon Oral Examination**

S I R (S):

      **PLEASE TAKE NOTICE**, that pursuant to Rule 30 of the Federal Rules of Civil Procedure, the testimony, upon oral examination of **All Parties** as an adverse party will be taken before a **NOTARY PUBLIC**, who is not an attorney, or employee of an attorney, for any party or prospective party herein and is not a person who would be disqualified to act as juror because of interest or because of consanguinity or affinity to any party herein, at **THE OFFICES OF MARJORIE E. BORNES, 330 West 34th Street, 7th Floor, NEW YORK, N.Y. 10001** on the **24th day of April, 2008 at 11:00 o'clock** in the forenoon (OR TO BE DETERMINED BY ALL PARTIES) of that day with respect to evidence material and necessary in the prosecution-defense of this action:

      All of the relevant facts and circumstances in connection with the accident which is the subject of this litigation, including negligence, contributory negligence, liability and damages.

      That the said person to be examined is required to produce at such examination the following:

      Any and all books, records, papers, documents, and all memoranda relevant to the matters upon which said examination is to be conducted.

Dated: New York, New York
       March 20, 2008

                                      Yours, etc.,

                                      _____
                                      **MARJORIE E. BORNES, ESQ. (MEB6505)**
                                      Attorney for Defendant(s) *Level Trans Corp*
                                      330 West 34th Street-7th Floor
                                      New York, NY 10001
                                      (212) 857-8252