**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**500 PEARL STREET NEW YORK, N.Y. 10007**

J. Michael McMahon
Clerk of the Court

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/31/08

------------------------------x
Diogens Mendez,

           Plaintiff(s),           08 Civ. 1281 (DC)

    - against -

Mohamed Diallo, et al.,

           Defendant(s).
------------------------------x

       The above-captioned action has been assigned to Judge Denny Chin.

       Counsel for both sides are directed to attend a pretrial conference for the purpose of determining the status of the case, setting a discovery schedule, fixing a trial date, and discussing possible settlement.

       This conference will be held on May 2, 2008 at 12:00 P.M., in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York 10007.

       Please review Judge Chin's Rules and Procedures in Civil Cases, located at www.nysd.uscourts.gov/Individual_Practices/Chin.pdf, as well as the Court rules on electronic filing in ECF cases, located at www.nysd.uscourts.gov/cmecf/cmecfindex.htm.

       **Please send a copy of this notice to your adversary**, and mail a copy of a transmittal letter to the undersigned. All communication regarding scheduling should be directed to Judge Chin's courtroom deputy.

Dated:    New York, New York
           March 31, 2008

                                                      Sincerely,

                                                      David Tam
                                                      Courtroom Deputy Clerk
                                                       U.S.D.C. - S.D.N.Y.
                                                       500 Pearl Street, Rm. 1020
                                                       New York, New York 10007
                                                       (212) 805-0096