**BARON & PAGLIUGHI, PLLC**
**85 MAIN STREET**
**COLD SPRING HARBOR, NY  11724**

TEL. (631) 367-7000
FAX (631) 367-7908

April 24, 2008

**Via ECF**
Honorable Denny Chin
United States District Court
Southern District of New York
500 Pearl Street
New York, New York   10007

    Re:    Mendez v. Diallo, *et al.*
           **Civil No. 08-CV-1281 (DC)**

Dear Judge Chen:

    This firm represents the plaintiff, Diogens Mendez, in the above matter.  At this time, there is a conference scheduled on this matter on May 2, 2008 at 12:00 p.m. in Room 11A of the United States Courthouse, 500 Pearl Street, New York, New York.

    Please be advised that as of today's date, defendants Mohamed Diallo and Level Trans Corp. have answered in this matter.  Plaintiff is still awaiting answers from the additional three defendants.  Therefore, plaintiff respectfully requests that the Court reschedule the May 2, 2008, conference to a date in June.

                                    Respectfully submitted,

                                           /s

                                    Peter D. Baron (PB 8519)

TO:    MARJORIE E. BORNES, ESQ. (MEB6505)
          Attorneys for Defendant LEVEL TRANS CORP.
          330 West 34th Street, 7th Floor
          New York, New York  10001

          MICHAEL I. JOSEPHS, ESQ.
          BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
          Attorneys for Defendant DIALLO
          330 West 34th Street, 7th Floor
          New York, New York  10001