UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
DIOGENS MENDEZ,　　　　　　　　　　　　　　Justice (Chin, J.)
　　　　　　　　　　　　　　　　　　　　　　　　　08 CV 01281
　　　　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　**REPLY TO COUNTERCLAIM**
　-against-

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES LTD.,

　　　　　　　　　　Defendants.
-----------------------------------------------------------------X

　　　　　The plaintiff by his attorneys, BARON & PAGLIUGHI, PLLC, in Reply to the Counterclaim of Defendant, LEVEL TRANS CORP.:

　　　　　1.　　Denies each and every allegation contained in paragraph of the Counterclaim designated as follows: paragraph "24".

### AS AND FOR A FIRST SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

　　　　　2.　　The counterclaim fails to state a cause of action upon which the relief sought can be granted.

### AS AND FOR A SECOND SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

　　　　　3.　　The defendant, LEVEL TRANS CORP., lacks personal jurisdiction over the plaintiffs.

### AS AND FOR A THIRD SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

　　　　　4.　　The defendant, LEVEL TRANS CORP., failed to mitigate damages.

### AS AND FOR A FOURTH SEPARATE AND COMPLETE AFFIRMATIVE DEFENSE

　　　　　5.　　Any damages sustained by the defendant, LEVEL TRANS CORP., were caused by the culpable conduct of said defendant.

WHEREFORE, plaintiff demands judgment against defendant LEVEL TRANS CORP. dismissing the Counterclaim herein as against the plaintiff, together with costs and disbursements of this action.

Dated: Cold Spring Harbor, New York
April 4, 2008

BARON & PAGLIUGHI, PLLC

_____
PETER D. BARON, ESQ.
85 Main Street,
Cold Spring Harbor, New York 11724
(631) 367-7000

TO: MARJORIE E. BORNES, ESQ. (MEB6505)
Attorney for Defendant LEVEL TRANS CORP.
330 West 34th Street, 7th Floor
New York, New York 10001
(212) 857-8252

# AFFIDAVIT OF MAILING

STATE OF NEW YORK )
                  ) ss.:
COUNTY OF SUFFOLK )

      PATRICIA BOBROW, being duly sworn, deposes and says:

      Deponent is not a party to this action, is over 18 years of age and resides at Floral Park, New York.

      That on the ___ day of April, 2008, deponent served the within **Reply to Counterclaim** upon:

MARJORIE E. BORNES, ESQ. (MEB6505)
330 West 34th Street, 7th Floor
New York, New York   10001

      The address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                                               PATRICIA BOBROW

Sworn to before me this
___ day of April, 2008.

_____
NOTARY PUBLIC

MARIE J. SPERO
Notary Public State Of New York
No. 01SP4943655
Qualified in Nassau County
Commission Expires Oct. 31, 2010

Index No.                                               Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIOGENS MENDEZ,

*Plaintiff(s)*

-against-

MOHAMED M. DIALLO, LEVEL TRANS CORP., 129 BROADWAY, INC.,
BILL WOLF PETROLEUM CORP. and HORIZON PLANNING SERVICES LTD.,

*Defendant(s)*

### REPLY TO COUNTERCLAIM

Baron & Pagliughi
*Attorneys for Plaintiffs*
Office and Post Office Address, Telephone
85 Main Street, Suite A
Cold Spring Harbor, New York 11724
(631) 367-7000

To
   Attorney(s) for

Service of a copy of the within                                           is hereby admitted.
Dated:

                                        Attorney(s) for ..................................................................

Sirs:
   **PLEASE TAKE NOTICE**

☐   NOTICE OF ENTRY that the within is a (certified) true copy of a                        duly entered in the
    office of the Clerk of the within named court on

☐   NOTICE OF SETTLEMENT that an Order of which the within is a true copy of will be presented for settlement to
    the HON.                              , one of the judges of the within named court at
    on         at

Dated:

                                        Yours, etc.,

                                        Baron & Pagliughi
To:                                     *Attorneys for Plaintiff(s)*
                                        Office and Post Office Address, Telephone
                                        85 Main Street, Suite A
                                        Cold Spring Harbor, New York 11724
                                        (631) 367-7000