UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
DIOGENS MENDEZ,

                Plaintiff,

-against-

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP. and HORIZON PLANNING SERVICES LTD.,

                Defendants.
----------------------------------------X

Civil Action No. CV 08-01281

STIPULATION
EXTENDING TIME

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/8/2008

IT IS HEREBY STIPULATED AND AGREED, that the time for defendant HORIZON PLANNING SERVICES, LTD. to respond to the Summons and Complaint in the above-entitled action is extended up to and including June 6, 2008.

IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO THAT this stipulation may be executed in any number of counterparts, all of which counterparts, taken together, shall constitute one and the same instrument; and

IT IS HEREBY STIPULATED, AGREED AND CONSENTED TO THAT facsimile signatures to this stipulation may be treated and deemed as original signatures.

DATED:    Woodbury, New York
            May 6, 2008

BARONE & PAGLIUGHI, ESQS.

By: _____
    Peter D. Baron, Esq. (PDB-8519)
Attorneys for Plaintiff
85 Main Street, Suite A
Cold Spring Harbor, New York 11724
(631) 367-7000
(631) 367-7908 Facsimile

MILBER MAKRIS PLOUSADIS
& SEIDEN, LLP

By: _____
    Lorin A. Donnell, Esq. (DMK-2185)
Attorneys for Defendant
HORIZON PLANNING SERVICES LTD.
1000 Woodbury Road, Suite 402
Woodbury, New York 11797
(516) 712-4000
(516) 712-4013 Facsimile

SO ORDERED:

_____
U.S.D.J.
    5/7/08