UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DIOGENS MENDEZ,                                                              Civil Action No. CV 08-01281

                      Plaintiff,                               **NOTICE OF APPEARANCE**

   -against-

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP. and HORIZON PLANNING SERVICES LTD.,

                      Defendants.
------------------------------------------------------------------------X

COUNSELORS :

      PLEASE TAKE NOTICE, that the defendant, HORIZON PLANNING SERVICES, LTD., hereby appears in the above-entitled action, and that the undersigned have been retained as attorneys for said defendant.

Dated: Woodbury, New York
        May 8, 2008

                                          MILBER MAKRIS PLOUSADIS
                                          & SEIDEN, LLP

                                          BY: _____
                                             LORIN A. DONNELLY, ESQ. (LAD-0790)
                                          Attorneys for Defendant
                                          HORIZON PLANNING SERVICES, LTD.
                                          1000 Woodbury Road, Suite 402
                                          Woodbury, New York 11797
                                          (516) 712-4000
                                          File No.: 475-5449

TO:    Peter D. Baron, Esq.
        BARONE & PAGLIUGHI, ESQ.
        Attorneys for Plaintiff
        85 Main Street, Suite A
        Cold Spring Harbor, NY 11724
        (631) 367-7000

Michael I. Josephs, Esq.
BAKER McEVOY MORRISSEY MOSKOVITS, P.C.
Attorneys for Defendant
MOHAMED DIALLO
330 West 34th Street, 7th Floor
New York, New York  10001
(212) 857-8230

MARJORIE E. BORNES, ESQ.
Attorney for Defendant
LEVEL TRANS CORP.
330 West 34th Street
New York, New York  10001
(212) 857-8252

129 BROADWAY, INC.
3225 Broadway
New York, New York  10027

BILL WOLF PETROLEUM CORP.
3225 Broadway
New York, New York  10027

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK)
                                )ss:
COUNTY OF NASSAU )

     LISA MARQUEZ, being duly sworn, deposes and says, that deponent is not a party to the action, is over 18 years of age, and resides in Ronkonkoma, New York.

     That on the 8th day of May, 2008, deponent served the within NOTICE OF APPEARANCE upon:

Peter D. Baron, Esq.
BARONE & PAGLIUGHI, ESQ.
Attorneys for Plaintiff
85 Main Street, Suite A
Cold Spring Harbor, NY 11724

Michael I. Josephs, Esq.
BAKER McEVOY MORRISSEY MOSKOVITS, P.C.
Attorneys for Defendant
MOHAMED DIALLO
330 West 34th Street, 7th Floor
New York, New York  10001

MARJORIE E. BORNES, ESQ.
Attorney for Defendant
LEVEL TRANS CORP.
330 West 34th Street
New York, New York  10001

129 BROADWAY, INC.
3225 Broadway
New York, New York  10027

BILL WOLF PETROLEUM CORP.
3225 Broadway
New York, New York  10027

the attorney(s) for the respective parties in this action, at the above address(es) designated by said attorney(s) for that purpose by depositing same enclosed in a postpaid, properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

                                                _____
                                                    LISA MARQUEZ

Sworn to before me this
8th day of May, 2008.

_____
   Notary Public

PATRICK PALLADINO
Notary Public, State of New York
No. 01PA6078929
Qualified in Suffolk County
Commission Expires August 12, 20__