05/29/2008 15:24 FAX 6313677908    BARON PAGLIUGHI
May. 28. 2008 10:41AM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/30/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT
----------------------------------------X
DIOGENS MENDEZ,

              Plaintiff,

-against-

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES LTD.,

              Defendants,
----------------------------------------X

**STIPULATION TO EXTEND TIME TO ANSWER**

CV 01281/08

IT IS HEREBY STIPULATED AND AGREED, by and between the attorneys for the respective parties herein, that the time for the defendant, BILL WOLF PETROLEUM CORP. to answer the Complaint is extended 21 (twenty-one) days from today's date.

Dated: New York, New York
      May 27, 2008

_____
WARREN T. HARRIS, ESQ. (3723)
LAW OFFICE OF JOHN P. HUMPHREYS
Attorney for Defendant
BILL WOLF PETROLEUM CORP.
485 Lexington Avenue, 7th Floor
New York, New York 10017
Telephone: (917) 778-6600

_____
BARON & PAGLIUGHI, ESQ.
Attorneys for Plaintiff
DIOGENS MENDEZ
85 Main Street, Suite A
Cold Spring Harbor, New York 11724
Telephone: (631) 367-7908

SO ORDERED

_____
U.S.D.J. Honorable Denny Chin