UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DIOGENS MENDEZ,

                Plaintiff(s).

-against-

MOHAMED M. DIALLO, LEVEL TRANS CORP., 129
BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES LTD.,

                Defendant(s).
------------------------------------------------------------------------X

**DISCLOSURE STATEMENT**

Index No.: CV 01281/08

C O U N S E L O R S:

    PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE UNDERSIGNED COUNSEL FOR DEFENDANT BILL WOLF PETROLEUM CORP. CERTIFIES, UPON INFORMATION AND BELIEF DOES NOT HAVE ANY PARENT CORPORATION OR ANY PUBLICLY HELD CORPORATION THAT OWNS 10% OF ITS STOCK.

Dated: New York, New York
       June 03, 2008

                                    Yours, etc.

                                    _____
                                    LAW OFFICE OF JOHN P. HUMPHREYS
                                    WARREN T. HARRIS (3323)
                                    Attorneys for Defendant
                                    **BILL WOLF PETROLEUM CORP**
                                    Office & P.O. Address
                                    485 Lexington Avenue, 7th Floor
                                    New York, NY  10017
                                    (917) 778-6600
                                    Matter No.:  0920473WTH

TO:
BARON & PAGLIUGHI, ESQ.
Plaintiff Counsel
85 Main Street, Suite A
Cold Spring Harbor, NY 11724
Telephone: (212) 631-367-7908

Mohamed M. Diallo
2937 8th Avenue
New York, New York 10039

129 Broadway, Inc.
3225 Broadway
New York, New York 10027

Horizon Planning Services Ltd.
550 Old Country Road, Suite 410
Hicksville, New York 11801

Level Trans Corp.
370 West 51st Street
New York, New York 10019

| | |
|---|---|
| STATE OF NEW YORK<br>COUNTY OF NEW YORK | AFFIDAVIT OF SERVICE<br>BY MAIL |

      I, CATHERINE ARANZULLO, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

**Date mailed:**     June 9, 2008

**Papers Served:**     **DISCLOSURE STATEMENT,**

TO:

Baron & Pagliughi, Esq.
Plaintiff Counsel
85 Main Street, Suite A
Cold Spring Harbor, NY 11724

Mohamed M. Diallo
2937 8th Avenue
New York, New York 10039

129 Broadway, Inc.
3225 Broadway
New York, New York 10027

Horizon Planning Services Ltd.
550 Old Country Road, Suite 410
Hicksville, New York 11801

Level Trans Corp.
370 West 51st Street
New York, New York 10019

_____
CATHERINE ARANZULLO

Sworn to before me this

_____ day of June 2008

_____
Notary Public

LAMBERTO Q. SESE
Notary Public, State of New York
No. 01SE6080713
Qualified in New York County
Commission Expires September 23, 20__