USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

DIOGENS MENDEZ,             :

        Plaintiff,   :

   - against -            :

MOHAMED DIALLO et al.,      :

        Defendants.   :

- - - - - - - - - - - - - - - - - -x

**ORDER**

08 Civ. 1281 (DC)

**CHIN, District Judge**

    Following the conference held on June 18, 2008, IT IS HEREBY ORDERED that:

    1.  The claim against Horizon Planning Services, Inc. is dismissed, on consent of plaintiff, without prejudice;

    2.  All discovery, fact and expert, must be completed by January 16, 2009; a pre-trial conference will be held on that date at 10 a.m.; and

    3.  The conference scheduled for June 27, 2008 is cancelled.

    SO ORDERED.

Dated:  New York, New York
       June 18, 2008

                              DENNY CHIN
                              United States District Judge