UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X   Index No.: 08 CV 01281
DIOGENS MENDEZ,                                                                    Justice (Chin, J)

                        Plaintiff(s),

      - against -                                                                            **ANSWER TO CROSS-CLAIM**

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES LTD.,

                        Defendant(s).
-----------------------------------------------------------------------X

       The defendant(s), LEVEL TRANS CORP., by their attorney, MARJORIE E. BORNES, answering the cross-claims asserted in the Answer received by Defendants BILL WOLF PETROLEUM CORP., respectfully alleges upon information and belief, as follows:

       Denies each and every allegation contained in the cross-claims, denominated as the Cross-Claim for Common Law Indemnification; the Cross-Claim for Contractual Indemnification; the Cross-Claim for Common Law Negligence and the Cross-Claim for Insurance Coverage

       **W H E R E F O R E**, the answering defendant(s), demand(s) judgment dismissing the complaint of the plaintiff(s) herein, and Cross-Claims of Defendants BILL WOLF PETROLEUM CORP. or in the alternative, demands indemnification and/or contribution from the co-defendants and/or plaintiff herein, together with the costs and disbursements of this action.

Dated: New York, New York
        June 20, 2008                                Yours, etc.,

                                                                               _____
                                                                               MARJORIE E. BORNES (MB6505)
                                                                               Attorney for Defendant(s)
                                                                               *Level Trans Corp*
                                                                               330 West 34th Street - 7th Floor
                                                                               New York, New York 10001
                                                                               212-857-8252

TO:    **Baron & Pagliughi, Esq**
Peter D. Baron (PDB 8519)
Attorneys for Plaintiff
85 Main Street – Suite A
Cold Spring Harbor, NY 11724

**Baker, McEvoy, Morrissey & Moskovitz, PC**
Attorney for Defendant(s)
*Mohammed M. Diallo*
330 West 34th Street - 7th Floor
New York, New York 10001

**129 Broadway Inc.**
Defendant *pro se*
3225 Broadway
New York, New York 10027

**Milber Makris Plousadis & Seiden, LLP**
Lorin Ann Donnelly
Attorney for Defendant(s)
*Horizon Planning Services Ltd.*
1000 Woodbury Road, Suite 402
Woodbury, New York 11797

**Law Office of John P. Humphreys**
Warren T. Harris (3323)
Attorneys for Defendants
*Bill Wolf Petroleum Corp.*
485 Lexington Avenue, 7th Floor
New York, New York 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
INDEX # 08 CV 01281

DIOGENS MENDEZ,

                        Plaintiff(s),

      - against -

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES,
LTD.,

                        Defendant(s).

## **ANSWER TO CROSS-CLAIM**

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Level Trans Corp*
330 West 34th Street - 7th Floor
New York, New York 10001
(212) 857-8252

*TO:*
*Attorney for*
*Service of a copy of the within                is hereby admitted.*

*Dated                                                                                  Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a     duly entered in the office of the Clerk of the within Court
on          , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for settlement to the Hon.
     , one of the Judges of the within named Court, at       on       at     A.M.
Dated

                                            **MARJORIE E. BORNES, ESQ.**
                                            *Attorney for Defendant(s)*
                                            *Level Trans Corp*
                                            330 West 34th Street - 7th Floor
                                            New York, New York 10001
                                            212-857-8252

TO:
Attorney for

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
DIOGENS MENDEZ,                                         Justice (Chin, J)
                            Plaintiff(s),       08 CV 01281

       - against -

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES,
LTD.,
                            Defendant(s).
-----------------------------------------------------------------x

### CERTIFICATION OF SERVICE BY EFILING AND MAIL

STATE OF NEW YORK    )
                              ) ss:
COUNTY OF NEW YORK   )

      I hereby certify that on June 20, 2008 the foregoing document **ANSWER TO CROSS-CLAIM** was filed with the Clerk of the Court and served in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, upon:

      In addition, on June 20, 2008, I served the same papers described above by depositing a true copy of same enclosed in a post paid properly addressed wrapper in a post office under the exclusive care and custody of the U.S. Postal Service within the State of New York addressed to each attorney or party as follows:

**TO:**    SEE RIDER


_____
MARJORIE E. BORNES

**RIDER**

**By Electronic Filing:**

TO:    **BARON & PAGLIUGHI, ESQS.**
Peter D. Baron (PDB 8519)
Attorneys for Plaintiff
85 Main Street – Suite A
Cold Spring Harbor, NY 11724

**Law Office of John P. Humphreys**
Warren T. Harris (3323)
Attorneys for Defendants
*Bill Wolf Petroleum Corp.*
485 Lexington Avenue, 7th Floor
New York, New York 10017

**Milber Makris Plousadis & Seiden, LLP**
Lorin Ann Donnelly
Attorney for Defendant(s)
*Horizon Planning Services Ltd.*
1000 Woodbury Road, Suite 402
Woodbury, New York 11797

**Baker, McEvoy, Morrissey & Moskovitz, PC**
Attorney for Defendant(s)
*Mohammed M. Diallo*
330 West 34th Street - 7th Floor
New York, New York 10001

**By Regular Mail:**

**129 BROADWAY, INC.**
Defendant *pro se*
3225 Broadway
New York, New York 10027