F1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
DIOGENS MENDEZ,

                Plaintiff,

     -against-

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF
PETROLEUM CORP., and HORIZON PLANNING
SERVICES, LTD.,

                Defendants.
-----------------------------------------------------------------x

NOTICE OF APPEARANCE

Index No. 08 CV 01281

To the Clerk of this Court and all parties of record:

Please enter my appearance as counsel in this case for defendant 129 Broadway, Inc.

I certify that I am admitted to practice in this Court.

Dated: July 17, 2008
      Jericho, New York

                Yours, etc.

                ALEXANDER M. AMANATIDES, P.C.

                By: _____
                Alexander M. Amanatides (AA-5146)
                400 Jericho Turnpike, Suite 318
                Jericho, New York 11753
                Tel: (516) 470-1379
                Fax: (516) 470-1382
                aamanatides@optonline.net

                Attorneys for Defendant
                129 Broadway, Inc.

CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2008, a copy of the foregoing was filed with the Clerk of the Court and in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service upon the following parties and participants:

Peter D. Baron, Esq.
Baron & Pagliughi, PLLC
85 Main Street, Suite A
Cold Spring Harbor, NY 11724
Attorneys for Plaintiff

Baker, McEvoy, Morrissey & Moskovits, PC
330 West 34th Street, 7th Floor
New York, New York 10001
Attorneys for Defendant
Mohamed M. Diallo

Marjorie E. Bornes, Esq.
330 West 34th Street, 7th Floor
New York, New York 10001
Attorneys for the Defendant
Level Trans Corp.

Law Office of John P. Humphreys
485 Lexington Avenue, 7th Floor
New York, New York 10017
Attorneys for the Defendant
Bill Wolf Petroleum Corp.

                                                 /s/ Alexander M. Amanatides
                                                 Alexander M. Amanatides