IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------x
DIOGENS MENDEZ,

                Plaintiff,                      CORPORATE
                                                               DISCLOSURE
    -against-                                 STATEMENT

MOHAMED M. DIALLO, LEVEL TRANS CORP.,      Index No. 08 CV 01281
129 BROADWAY, INC., BILL WOLF
PETROLEUM CORP., and HORIZON PLANNING
SERVICES, LTD.,

                Defendants.
-----------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable Judges and Magistrate Judges to evaluate a possible disqualification or recusal, the undersigned attorneys for 129 Broadway Inc. ("129 Broadway") in the above captioned action state that 129 Broadway is not a publicly traded corporation.

Dated: Jericho, New York
       July 17, 2008

                                                                   Respectfully submitted,

                                                                   Alexander M. Amanatides, P.C.

                                                                   By: _____
                                                                   Alexander M. Amanatides (AMA-5146)
                                                                 400 Jericho Turnpike, Suite 318
                                                                 Jericho, New York 11753
                                                               (516) 470-1379

                                                               Attorneys for Defendant
                                                               129 Broadway Inc.