UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
DIOGENS MENDEZ,

                              Plaintiff(s).         **REPLY TO CROSS-CLAIM**

     -against-

MOHAMED M. DIALLO, LEVEL TRANS CORP., 129
BROADWAY, INC., BILL WOLF PETROLEUM       Index No.: CV 01281/08
CORP., and HORIZON PLANNING SERVICES LTD.,

                             Defendant(s).
-------------------------------------------------------------------------X

C O U N S E L O R:

      The defendant, BILL WOLF PETROLEUM CORP, by their attorneys, THE LAW OFFICE OF JOHN P. HUMPHREYS, upon information and belief, answer the cross-claims of defendant, 129 BROADWAY, INC., as follows:

### ANSWERING A FIRST CROSS-CLAIM AGAINST
### BILL WOLF PETROLEUM CORP.:

    1.    Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "74" of the Answer with Cross-Claim of defendant 120 BROADWAY, INC.

    2.    Denies each and every allegation contained in paragraph "75" of the Answer with Cross-Claim of Defendant 120 BROADWAY, INC. as to this answering defendant.

    3.    Denies each and every allegation contained in paragraph "76" of the Answer with Cross-Claim of Defendant 120 BROADWAY, INC. as to this answering defendant.

## ANSWERING A SECOND CROSS-CLAIM AGAINST BILL WOLF PETROLEUM CORP.:

4.      Denies any knowledge or information sufficient to form a belief as to the truth or falsity of the allegations contained in paragraph "77" of the Answer with Cross-Claim of defendant 120 BROADWAY, INC. as to this answering defendant.

5.      Denies each and every allegation contained in paragraph "78" of the Answer with Cross-Claim of Defendant 120 BROADWAY, INC. as to this answering defendant.

6.      Denies each and every allegation contained in paragraph "79" of the Answer with Cross-Claim of Defendant 120 BROADWAY, INC. as to this answering defendant.

WHEREFORE, defendant, BILL WOLF PETROLEUM CORP., demands judgment dismissing the cross-claims together with such other and further relief as this Court deems just and proper.

Dated:      New York, New York
               July 24, 2008

LAW OFFICE OF JOHN P. HUMPHREYS

By:_____
     Warren T. Harris, Esq. (WTH3323)
Attorneys for Defendant
**BILL WOLF PETROLEUM CORP**
Office & P.O. Address
485 Lexington Avenue, 7th Floor
New York, New York 10017
Telephone: (917) 778-6600
Matter No.: 0920473WTH

TO:

ALEXANDER M. AMANATIDES, P.C.
Attorney for Defendant
120 BROADWAY, INC.
400 Jericho Turnpike, Suite 318
Jericho, New York 11753

BARON & PAGLIUGHI, PLLC
Attorneys for Plaintiff
85 Main Street, Suite A
Cold Spring Harbor, New York 11724

BAKER, McEVOY, MORRISSEY & MOSKOVITS, P.C.
Attorneys for Defendant
MOHAMMED M. DIALLO
330 West 34th Street, 7th Floor
New York, New York 10001

MARJORIE E. BORNES, ESQ.
Attorney for Defendant
LEVEL TRANS CORP.
330 West 34th Street, 7th Floor
New York, New York 10001

STATE OF NEW YORK                                              AFFIDAVIT OF SERVICE
COUNTY OF NEW YORK                                                          BY MAIL

  I, CATHERINE ARANZULLO, being duly sworn, deposed and says that deponent is a secretary of the LAW OFFICE OF JOHN P. HUMPHREYS, attorneys for one of the parties herein; is over 18 years of age; is not a party to the action. The deponent served the papers noted below by regular mail, the same securely enclosed in the postage paid wrapper in the Letter Box maintained and exclusively controlled by the United States Postal Service at 485 Lexington Avenue, New York, New York 10017; directed to the said attorney(s) at the address indicated below; that being the address within the state designated by said attorney(s) for that purpose, or the place where said attorneys(s) then kept an office, between which places there then was and now is a regular communication by mail as follows:

**Re:**    **Mendez, Diogens v. Mohamed Diallo, Level Trans Corp. 129 Broadway Inc., Bill Wolf Petroleum Corp. and Horizon Planning Services**

**Date mailed:**  July  , 2008

**Papers Served:**  **ANSWER TO CROSS-CLAIM**

**TO:**

ALEXANDER M. AMANATIDES, P.C.
Attorney for Defendant
120 BROADWAY, INC.
400 Jericho Turnpike, Suite 318
Jericho, New York 11753

BARON & PAGLIUGHI, PLLC
Attorneys for Plaintiff
85 Main Street, Suite A
Cold Spring Harbor, New York 11724

BAKER, McEVOY, MORRISSEY & MOSKOVITS, P.C.
Attorneys for Defendant
MOHAMMED M. DIALLO
330 West 34th Street, 7th Floor
New York, New York 10001

MARJORIE E. BORNES, ESQ.
Attorney for Defendant
LEVEL TRANS CORP.
330 West 34th Street, 7th Floor
New York, New York 10001

_____
CATHERINE ARANZULLO

Sworn to before me this
      day of           , 2008


_____
      Notary Public