UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
DIOGENS MENDEZ,

                              Plaintiff(s),

              - against -

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES LTD.,

                             Defendant(s).
------------------------------------------------------------------------X

Index No.: 08 CV 01281
Justice (Chin, J)

**RULE 26(a) DISCLOSURE**

Pursuant to Federal Rule of Civil Procedure 26(a) (1), Defendant LEVEL TRANS CORP., by its attorney **Marjorie E. Bornes, Esq.**, makes the following disclosures:

1. Defendant LEVEL TRANS CORP. is unaware of any witnesses, other than the parties and any witnesses named in the police report.

2. Defendant has not yet determined what documents will be used at trial as discovery has not yet been conducted.

3. Defendant has not yet retained any expert witnesses, but disclosure of the same will be made as required by the Court or provided in the federal rules.

4. The applicable insurance policy issued by American Transit Insurance Company provides coverage of 100/300; a copy of the declaration sheet is attached.

Dated:    New York, New York
            August 15, 2008

Yours etc.:

_____
Marjorie E. Bornes, Esq. (MB6505)
Attorney for Defendant *Level Trans*
330 West 34th St, 7th Floor
New York, New York 10001
(212) 857-8252

TO: **Baron & Pagliughi, Esq**
Peter D. Baron (PDB 8519)
Attorneys for Plaintiff
85 Main Street – Suite A
Cold Spring Harbor, NY 11724

**Baker, McEvoy, Morrissey & Moskovitz, PC**
Attorneys for Defendant(s)
*Mohammed M. Diallo*
330 West 34th Street - 7th Floor
New York, New York 10001

**Alexander M. Amanatides, PC**
Attorneys for Defendant
*129 Broadway Inc.*
400 Jericho Turnpike, Suite 318
Jericho, New York 11753

**Milber Makris Plousadis & Seiden, LLP**
Lorin Ann Donnelly
Attorneys for Defendant(s)
*Horizon Planning Services Ltd.*
1000 Woodbury Road, Suite 402
Woodbury, New York 11797

**Law Office of John P. Humphreys**
Warren T. Harris (3323)
Attorneys for Defendants
*Bill Wolf Petroleum Corp.*
485 Lexington Avenue, 7th Floor
New York, New York 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X   Index No.: 08 CV 01281
DIOGENS MENDEZ,                                                        Justice (Chin, J)

Plaintiff(s),

- against -

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES LTD.,

Defendant(s).

-------------------------------------------------------------------------X

**CERTIFICATION OF SERVICE BY EFILING**

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK     )

      I hereby certify that on August 15, 2008, the foregoing **RULE 26(a) DISCLOSURE** was filed with the Clerk of the Court in accordance with the Federal Rules of Civil Procedure, and/or the Southern District's Local Rules, and/or the Southern District's Rules on Electronic Service, upon:

**TO:**   SEE RIDER


_____
MARJORIE E. BORNES, ESQ

RIDER

**Baron & Pagliughi, Esq**
Peter D. Baron (PDB 8519)
Attorneys for Plaintiff
85 Main Street – Suite A
Cold Spring Harbor, NY 11724

**Baker, McEvoy, Morrissey & Moskovitz, PC**
Attorneys for Defendant(s)
*Mohammed M. Diallo*
330 West 34th Street - 7th Floor
New York, New York 10001

**Alexander M. Amanatides, PC**
Attorneys for Defendant
*129 Broadway Inc.*
400 Jericho Turnpike, Suite 318
Jericho, New York 11753

**Milber Makris Plousadis & Seiden, LLP**
Lorin Ann Donnelly
Attorneys for Defendant(s)
*Horizon Planning Services Ltd.*
1000 Woodbury Road, Suite 402
Woodbury, New York 11797

**Law Office of John P. Humphreys**
Warren T. Harris (3323)
Attorneys for Defendants
*Bill Wolf Petroleum Corp.*
485 Lexington Avenue, 7th Floor
New York, New York 10017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDEX # 08 CV 01281

DIOGENS MENDEZ,

                                 Plaintiff(s),

      - against -

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES,
LTD.,

                                 Defendant(s).

## **RULE 26(a) DISCLOSURE**

**MARJORIE E. BORNES, ESQ.**
Attorney for Defendant(s) *Level Trans Corp*
330 West 34th Street - 7th Floor
New York, New York 10001
(212) 857-8252

*TO:*
*Attorney for*

*Service of a copy of the within                is hereby admitted.*

*Dated*        _____
*Attorneys for*

**PLEASE TAKE NOTICE**
_____Notice of Entry
that the within is a true copy of a    duly entered in the office of the Clerk of the within Court on          , 200 .

_____Notice of Settlement
that an order of which the within is a true copy will be presented for settlement to the Hon.      , one of the Judges of the within named Court, at     on     at   A.M.
Dated

                                        **MARJORIE E. BORNES, ESQ.**
                                        *Attorney for Defendant(s)*
                                        *Level Trans Corp*
                                        330 West 34th Street - 7th Floor
                                        New York, New York 10001
                                        212-857-8252

# PROOF OF LIABILITY INSURANCE

THIS CERTIFICATE IS ISSUED AS A MATTER OF INFORMATION ONLY AND CONFERS NO RIGHTS UPON THE RECEIVER. THIS CERTIFICATE DOES NOT AMEND, EXTEND OR ALTER THE COVERAGE AFFORDED BY THE POLICY BELOW.

INSURER AFFORDING COVERAGE

**AMERICAN TRANSIT INSURANCE COMPANY**
330 West 34th Street 10th Floor
NEW YORK, NY 10001
1 800 683-ATIC

**INSURED**

LEVEL TRANS CORP

| AUTOMOBILE LIABILITY | POLICY NUMBER | POLICY EFFECTIVE DATE | POLICY EXPIRATION DATE |
|---|---|---|---|
| SCHEDULED AUTO | MP01L-A206187 | 03/01/2007 | 03/01/2008 |

| COVERAGES | LIMITS OF LIABILITY |
|---|---|
| BODILY INJURY | 100,000 EACH PERSON |
| | 300,000 EACH ACCIDENT |
| PROPERTY DAMAGE | 10,000 EACH ACCIDENT |
| UNINSURED MOTORISTS (INCLUDES SUM) | 25,000 EACH PERSON |
| | 50,000 EACH ACCIDENT |
| MANDATORY PERSONAL INJURY PROTECTION | 50,000 |
| ADDITIONAL PIP | 150,000 |
| COMPREHENSIVE | |
| COLLISION | |

DATE OF ISSUE    08/15/2008

CERT. FORM 09/01

*[signature]*
AUTHORIZED REPRESENTATIVE