UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
DIOGENS MENDEZ,                                              Docket No.: 08-CV-1281(DC)

                      Plaintiffs,

                                                                                        **RULE 26 DISCLOSURE**

    -against-

MOHAMED M. DIALLO, LEVEL TRANS CORP.,
129 BROADWAY, INC., BILL WOLF PETROLEUM
CORP., and HORIZON PLANNING SERVICES LTD.,

                      Defendants.
------------------------------------------------------------------X

       Plaintiff, DIOGENS MENDEZ, in accordance with Federal Rule of Civil Procedure 26, hereby make the following disclosures:

1. **The name and, if known, the address and telephone number of each individual likely to have discoverable information:**

   This plaintiff incorporates by reference, as persons with knowledge as named in the Fed. R. Civ. P. 26(a), disclosures of the other parties to this action. In addition, the following persons, other than already disclosed, are identified:

   Diogens Mendez
   Felix Nunez
   Jose A. Torres

2. **Identify documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control.**

   This plaintiff incorporates by reference, all documents identified in the Fed. R. Civ. P. 26(b), disclosures of the other parties to this action. Copies of any identified documents will be made available to counsel for inspection and copying as under Rule 34, at a mutually convenient and agreed upon time and place, other than documents already disclosed. In addition, the following documents, other than documents already disclosed, are identified and authorizations to obtain records from the foregoing providers are annexed hereto:

St. Luke's/Roosevelt Hospital Center (hospital admittance records from 4/17/07 to 4/25/07 and ambulatory care records of 4/30/07, 5/2/07, 5/14/07, 6/11/07)
1111 Amsterdam Avenue
New York, NY   10025

NYC Fire Department (Ambulance Call Report, 4/17/07)
9 Metrotech Center
Brooklyn, NY   11201

Alexander Visco, M.D. (medical chart and x-ray reports)
Physical Medicine & Rehabilitation
3815 Putnam Avenue
Bronx, NY   10463

Doshi Diagnostic Imaging Services (MRI lumbar spine, 10/4/07)
579A Cranberry Road
East Brunswick, NJ   08816

Dov J. Berkowitz, M.D., Orthopedist (report, 10/19/07)
80-02 Kew Gardens Road, 3rd Floor
Kew Gardens, NY   11415

Mario Cervino, D.C.
Cervino Family Chiropractic Center
155 Park Avenue, Suite 208
Lyndhurst, NJ   07071

American Transit Insurance Co.
330 West 34th Street
New York, NY   10001
Claim #540239-02


3.  **Computation of each category of damages claimed by the disclosing party.**

    Plaintiff, DIOGENS MENDEZ, hereby demands relief in the sum of Three Million ($3,000,000.00) Dollars.


Dated: Cold Spring Harbor, New York
       August 5, 2008

Yours, etc.,

_____
Peter D. Baron (PB 8519)
BARON & PAGLIUGHI, PLLC
Attorneys for Plaintiff
85 Main Street
Cold Spring Harbor, NY 11724
631-367-7000


TO:   MARJORIE E. BORNES, ESQ. (MEB6505)
      Attorney for Defendant LEVEL TRANS CORP.
      330 West 34th Street, 7th Floor
      New York, New York  10001
      (212) 857-8252

      BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
      Attorneys for Defendant DIALLO
      330 West 34th Street, 7th Floor
      New York, New York  10001
      (212) 857-8230

      ALEXANDER M. AMANATIDES, P.C.
      Attorneys for Defendant 129 BROADWAY
      400 Jericho Turnpike, Suite 318
      Jericho, New York  11753
      (516) 470-1379

      LAW OFFICE OF JOHN P. HUMPHREYS
      Attorneys for Defendant BILL WOLF PETROLEUM
      485 Lexington Avenue, 7th Floor
      New York, New York  10017
      (917) 778-6600
      File No.:  0920473WTH

## AFFIDAVIT OF MAILING

STATE OF NEW YORK)
                 ) ss.:
COUNTY OF SUFFOLK )

    PATRICIA BORBOW, being duly sworn, deposes and says:

    Deponent is not a party to this action, is over 18 years of age and resides at Floral Park, New York.

    That on the 15 day of August, 2008, deponent served the within **Plaintiff's Rule 26 Disclosure** upon:

    MARJORIE E. BORNES, ESQ. (MEB6505)
    Attorney for Defendant LEVEL TRANS CORP.
    330 West 34th Street, 7th Floor
    New York, New York   10001

    BAKER, McEVOY, MORRISSEY & MOSKOVITS, PC
    Attorneys for Defendant DIALLO
    330 West 34th Street, 7th Floor
    New York, New York   10001

    ALEXANDER M. AMANATIDES, P.C.
    Attorneys for Defendant 129 BROADWAY
    400 Jericho Turnpike, Suite 318
    Jericho, New York   11753

    LAW OFFICE OF JOHN P. HUMPHREYS
    Attorneys for Defendant BILL WOLF PETROLEUM
    485 Lexington Avenue, 7th Floor
    New York, New York   10017

The address designated by said attorney for that purpose by depositing a true copy of same enclosed in a postpaid properly addressed wrapper, in an official depository under the exclusive care and custody of the United States Post Office Department within the State of New York.

                                              _____
                                              PATRICIA BOBROW

Sworn to before me this
___ day of August, 2008

_____
NOTARY PUBLIC

MARIE J. SPERO
Notary Public, State of New York
No. [illegible]
Qualified in Nassau County
Commission Expires Oct. 31, 2010

Index No.                                    Year

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DIOGENS MENDEZ,

*Plaintiff(s)*

-against-

MOHAMED M. DIALLO, LEVEL TRANS CORP., 129 BROADWAY, INC.,
BILL WOLF PETROLEUM CORP. and HORIZON PLANNING SERVICES LTD.,

*Defendant(s)*

## RULE 26 DISCLOSURE

Baron & Pagliughi
*Attorneys for Plaintiffs*
*Office and Post Office Address, Telephone*
85 Main Street, Suite A
Cold Spring Harbor, New York 11724
(631) 367-7000

To
    Attorney(s) for

Service of a copy of the within                                                   is hereby admitted.

Dated:

..................................................................
    Attorney(s) for

Sirs:
### PLEASE TAKE NOTICE

☐     NOTICE OF ENTRY that the within is a (certified) true copy of a          duly entered in the office of the Clerk of the within named court on

☐     NOTICE OF SETTLEMENT that an Order of which the within is a true copy of will be presented for settlement to the HON.                , one of the judges of the within named court at
on        at

Dated:

                                                      Yours, etc.,

                                                      Baron & Pagliughi
To:                                              *Attorneys for Plaintiff(s)*
                                                 *Office and Post Office Address, Telephone*
                                                 85 Main Street, Suite A
                                                 Cold Spring Harbor, New York 11724
                                                 (631) 367-7000