UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

DIOGENS MENDEZ,                           :

              Plaintiff,           :        **ORDER**

      - against -                 :        08 Civ. 1281 (DC)

MOHAMED DIALLO et al.,                    :

             Defendants.          :

- - - - - - - - - - - - - - - - - -x

**CHIN, District Judge**

       It having been reported to this Court that this matter has been settled, IT IS HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided, however, that if settlement is not consummated within thirty days of the date of this order, any party may apply by letter within the thirty-day period for restoration of the action to the calendar of the undersigned, in which event the action will be restored.

       SO ORDERED.

Dated:   March 31, 2009
        New York, New York

                                          DENNY CHIN
                                          United States District Judge